UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                            Case No. 11-cr-09-01 SM

<u>Timothy Lennox</u>

<u>O R D E R</u>

      The defendant Timothy Lennox, through counsel, has moved to continue the trial scheduled for April 5, 2011, for a period of sixty days, citing the need for time to conduct additional investigation, and trial preparation.  The Government assents to the proposed continuance of the trial date.

      Accordingly, for the above reasons, the court will continue the trial from April 5, 2011 to June 21, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  The defendant shall file a waiver of speedy trial not later than April 11, 2011.

Final Pretrial Conference: June 10, 2011 at 3:00 PM

Jury Selection: June 21, 2011 at 9:30 AM

SO ORDERED.

April 1, 2011

_____
Steven J. McAuliffe
Chief Judge

cc: Counsel of Record
    U. S. Probation
    U. S. Marshal